# United States District Court
## Northern District of Illinois
### Eastern Division

David Boim                                     **JUDGMENT IN A CIVIL CASE**

v.                                             Case Number: 00 C 2905

Quranic Literacy

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Jury returns verdict in favor of Plaintiffs and against the defendants Quaranic Literacy Institute, Holy Land Foundation for Relief and Development, Islamic Association for Palestine, American Muslim Society and Muhammed Abdul Hamid Khalil Salah in the amount of $52,000,000 (fifty-two million dollars). The Court hereby triples the amount of the jury verdict to One Hundred Fifty Six Million Dollars ($156,000,000) plus the reasonable attorneys fees and costs of this action.

**DOCKETED**
DEC 1 0 2004

Michael W. Dobbins, Clerk of Court

Date: 12/8/2004

Alicia Castillo, Deputy Clerk