IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> QURANIC LITERACY INSTITUTE, et al., <br><br> Defendants. | Civil No. 00 C 2905 <br><br> Magistrate Judge Arlander Keys |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

Stanley Boim, Individually and as Administrator of the Estate of David Boim, deceased, and Joyce Boim (collectively, the Boims), through their attorneys, respectfully move this Court for entry of a final judgment in their favor against Holy Land Foundation for Relief and Development ("HLF"). This Court has determined HLF's liability under the Antiterrorism Act of 1990 ("ATA"), as amended, 18 U.S.C. § 2333(a), by granting the Boims' Renewed Motion for Summary Judgment in a Memorandum Opinion and Order on August 31, 2012. The Boims request that the Court now enter judgment in the amount of $156,000.00 (one hundred fifty six million dollars) as originally entered by the Court on December 8, 2004 against HLF and other defendants. The award of $156,000,000.00 (one hundred fifty six million dollars) represents the $52,000,000.00 (fifty-two million dollars) damage award found by the jury, as tripled by the Court pursuant to the ATA. Reliance on the original damage award is proper because while the Court's original entry of summary judgment against HLF was vacated by the Seventh Circuit on grounds that application of collateral estoppel to the D.C. courts' findings against HLF in *Holy Land Foundation for Relief & Development v. Ashcroft* was improper, the *en banc* court did not

take fault with or dispute the determination of damages as established by the Boims' damages expert Dr. Stan Smith and assessed by the jury. On the contrary, the court affirmed the judgment (including damages) against two of HLF's co-defendants, Quranic Literacy Institute and American Muslim Society. *Boim v. Holy Land Found. for Relief & Dev.*, 549 F.3d 685, 701-2, 705 (7th Cir. 2008). By contrast, the Seventh Circuit reversed the judgment against HLF as to liability only. *Id.* at 701 ("[T]he judgment against the Foundation must be reversed and the case against it remanded for further proceedings to determine its liability.") Thus, this Court may reinstate the original damage award against HLF in the amount of $156 million dollars.

WHEREFORE, the Boims respectfully request that this Court forthwith enter the Final Judgment Order (attached hereto) against HLF in the amount of $52 million dollars in compensatory damages, trebled pursuant to 18 U.S.C. § 2333(a) to $156 million dollars.

Dated: October 5, 2012

Respectfully submitted,

Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim

/s/ Stephen J. Landes
One of Their Attorneys

Stephen J. Landes
Matthew M. Garrett
Rana H. Janney
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000

Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN
1775 Eye Street, N.W.
Suite 850
Washington, D.C. 20036
(202) 828-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>QURANIC LITERACY INSTITUTE, *et al.*,<br><br>Defendants. | Civil No. 00 C 2905<br><br>Magistrate Judge Arlander Keys |

## **FINAL JUDGMENT ORDER**

This matter having come on to be heard on the Motion for Entry of Final Judgment by Plaintiffs Stanley Boim, Individually and as Administrator of the Estate of David Boim, deceased, and Joyce Boim (collectively, the Boims),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the Boims and against Holy Land Foundation for Relief and Development in the amount of $52,000,000.00 (fifty-two million dollars), trebled to $156,000,000.00 (one hundred fifty six million dollars), with legal interest after judgment pursuant to 28 U.S.C. § 1961, for which sum let execution issue.

Enter:

_____         _____
Magistrate Judge Arlander Keys                                              Date

## PROOF OF SERVICE

The undersigned certifies that on October 5, 2012, a true and correct copy of the foregoing Plaintiffs' Motion for Entry of Judgment was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. This filing may be accessed through the Court's CM/ECF system.

/s/ Stephen J. Landes
Stephen J. Landes (1567411)
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

One of the Attorneys for *Stanley Boim, Individually and as Administrator of the Estate of David Boim, deceased,* and *Joyce Boim*