## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STANLEY BOIM, Individually and as Administrator of   )
the Estate of David Boim, Deceased, and JOYCE BOIM,   )
  )
            Plaintiffs,   )
  )   Civil No. 00 C 2905
v.   )
  )   Magistrate Judge Arlander Keys
QURANIC LITERACY INSTITUTE, *et al.*,   )
  )
            Defendants.   )
  )
  )

### FINAL JUDGMENT ORDER

This matter having come on to be heard on the Motion for Entry of Final Judgment by Plaintiffs Stanley Boim, Individually and as Administrator of the Estate of David Boim, deceased, and Joyce Boim (collectively, the Boims),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the Boims and against Holy Land Foundation for Relief and Development in the amount of $52,000,000.00 (fifty-two million dollars), trebled to $156,000,000.00 (one hundred fifty six million dollars), with legal interest after judgment pursuant to 28 U.S.C. § 1961, for which sum let execution issue.

Enter:

_Arlander Keys_
Magistrate Judge Arlander Keys

_October 12, 2012_
Date