UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, et al.,

      Plaintiffs

v.

QURANIC LITERARY INSTITUTE,
et al,

      Defendants.

Civil No. 00-cv-2905

## NOTICE OF LIMITED APPEARANCE

Charles D. Swift of the Constitutional Law Center for Muslims in America files this Notice of Limited Appearance as Counsel for American Muslims For Palestine; Americans For Justice In Palestine Educational Foundation; Rafeeq Jaber; Abdel Basset Hamyel; And Osama Abuirshaid, (collectively, "Citation Recipients") in the above captioned case. Attorney Charles Swift may be contacted at:

Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
cswift@clcma.org

Counsel has been admitted *Pro Hac Vice* in this District for representation of the same clients, in Civil Cause No. 1:17-cv-03591 before Hon. Sharon Johnson Coleman, in a suit brought by the same Plaintiffs as in this matter and which was recently dismissed. Counsel makes this Limited Appearance solely for the purposes of the Motion to Quash Citations as to the referenced Citation Recipients, filed on this date as well.

Dated this 1st day of September 2017.

*/s/ Charles Swift*
Chares D. Swift,
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorney for Citation Recipients*

## CERTIFICATE OF SERVICE

On September 1, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Charles Swift*
Chares D. Swift, Trial Counsel
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorney for Citation Recipients*