UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>    Plaintiffs,<br><br>v.<br><br>QURANIC LITERACY INSTITUTE, HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT, ISLAMIC ASSOCIATION FOR PALESTINE, AMERICAN MUSLIM SOCIETY, AMERICAN MIDDLE EASTERN LEAGUE FOR PALESTINE, UNITED ASSOCIATION FOR STUDIES AND RESEARCH, MOHAMMED ABDUL HAMID KHALIL SALAH, MOUSA MOHAMMED ABU MARZOOK, AMJAD HINAWI, and THE ESTATE OF KHALIL TAWFIQ AL-SHARIF,<br><br>    Defendants. | Civil No. 00-cv-2905 |

**Revived Judgment Order**

This cause coming to be heard upon plaintiffs' Petition to Revive a Judgment, proper notice having been given, the Court being fully apprised of the premises, and due cause appearing, it is hereby ORDERED that:

    1.    The judgment of this Court entered in favor of plaintiffs Stanley Boim and Joyce Boim on December 8, 2004 in the amount of $156,000,000 (Dkt. No. 668), and amended on February 18 and 25, 2005 (Dkt. Nos. 690, 692), is hereby revived pursuant to 735 ILCS 5/2-1602 as to defendants Islamic Association for Palestine ("IAP") and American Muslim Society ("AMS").

    2.    The plaintiffs may recover interest and court costs from the date of the original judgment, December 8, 2004. Credits to the judgment for amounts previously paid shall be reflected by the plaintiff in supplemental proceedings or execution.

Dated: 1 0 / 1 3 / 2 0 2 2

_____
United States District Court Judge